1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  DEBORAH R. DOUGLAS (NYBN 2099372)
   W.S. WILSON LEUNG (CABN 190939)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-6758
       FAX: (415) 436-6753
8      wilson.leung@usdoj.gov

9  Attorneys for United States of America

10
                        UNITED STATES DISTRICT COURT
11
                       NORTHERN DISTRICT OF CALIFORNIA
12
                              SAN FRANCISCO DIVISION
13

14 | UNITED STATES OF AMERICA            )  NO. 14-CR-0232-VC
                                         )
15 |         v.                          )
                                         )  STIPULATION AND [~~PROPOSED~~] ORDER
16 | JORGE AVILA, a/k/a "Creeper," and   )
   | MIGUEL GOMEZ, a/k/a "Ladron,"      )
17 |                                     )
   |         Defendants.                 )
18 |                                     )
                                         )
19

20      The Government respectfully submits this Stipulation and Proposed Order to request that the

21  status conference scheduled for June 30, 2015 in the above-captioned matter be continued until July 21,

22  2015. The parties hereby stipulate and agree to the following:

23      1. The defendants presently have a discovery motion pending adjudication. At the same time,

24         the parties are also engaged in discussions in an effort to resolve this matter short of trial

25      2. In connection with these plea discussions, the defendants have been gathering information

26         that may be relevant to the Government.

27      3. In addition, defense counsel also have scheduling conflicts over the next several weeks.

28      4. Accordingly, the parties respectfully request that the June 30, 2015 status conference be

1  continued until July 21, 2015.  The parties also request that time be excluded under the
2  Speedy Trial Act in the interests of justice because the continuance is intended to allow the
3  defense to continue their investigation of this matter as well as to ensure continuity of
4  counsel.

5. The parties would also request that the date for submitting a status report be continued until July 16, 2015.

SO STIPULATED.

DATED:  June 25, 2015                    Respectfully submitted,

                                         MELINDA HAAG
                                         United States Attorney

                                    By:      /s/
                                         DEBORAH R. DOUGLAS
                                         W.S. WILSON LEUNG
                                         Assistant United States Attorneys


DATED:  June 25, 2015                         /s/
                                         TONY TAMBURELLO, ESQ.
                                         Counsel for Defendant Jorge Avila


DATED:  June 25, 2015                         /s/
                                         EDWARD SWANSON, ESQ.
                                         Counsel for Defendant Miguel Gomez


SO ORDERED.

DATED:  June  25 , 2015
                                         _____
                                         HON. VINCE CHHABRIA
                                         United States District Court