MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

DEBORAH R. DOUGLAS (NYBN 2099372)
W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6758
    FAX: (415) 436-6753
    wilson.leung@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 14-CR-0232-VC |
| v. | |
| JORGE AVILA, a/k/a "Creeper," and<br>MIGUEL GOMEZ, a/k/a "Ladron," | JOINT STATUS REPORT, STIPULATION, AND [PROPOSED] ORDER |
| Defendants. | |

The Government respectfully submits this Joint Status Report, Stipulation, and Proposed Order on behalf of the parties to advise the Court of the present posture in the above-captioned matter and to ask for a further three-week continuance in the above-captioned matter. The parties hereby stipulate and agree to the following:

1. Since the parties' last appearance, defendant Miguel Gomez has been undergoing follow-up medical treatment and evaluation. Counsel for Gomez has recently received medical documentation relating to Gomez's condition and has been preparing a submission to the Government relating to Gomez's medical condition. Counsel anticipates presenting that submission to the Government within the next week. Thereafter, the parties intend to discuss

1 whether and how possibly to resolve this matter.

2. Accordingly, the parties would respectfully ask the Court for a further continuance, until 1 pm on September 8, 2015, if this date and time are amenable to the Court's schedule.

3. Should the Court grant the requested continuance, the parties would also request that time be excluded under the Speedy Trial Act until September 8, 2015, or the new appearance date set by the Court. The parties submit that the continuance would serve the interests of justice and outsides the interests of the public and the parties in a Speedy Trial by allowing Gomez fully to investigate and present what may be relevant information to the Government. The parties would also note that the defendants' discovery motion remains pending as well.

DATED: August 14, 2015

Respectfully submitted,

MELINDA HAAG
United States Attorney

By: _____/s/_____
DEBORAH R. DOUGLAS
W.S. WILSON LEUNG
Assistant United States Attorneys

DATED: August 14, 2015

_____/s/_____
TONY TAMBURELLO, ESQ.
Counsel for Defendant Jorge Avila

DATED: August 14, 2015

_____/s/_____
AUGUST GUGELMAN, ESQ.
EDWARD SWANSON, ESQ.
Counsel for Defendant Miguel Gomez

SO ORDERED.

DATED: August 17, 2015

_____
HON. VINCE CHHABRIA
United States District Judge